# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 29, 2025

## NO. 03-24-00400-CV

**Robert Litoff, Appellant**

**v.**

**David Case, Trustee, Appellee**

**APPEAL FROM PROBATE COURT NO. 2 OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
REVERSED AND REMANDED -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the order signed by the trial court on May 20, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.